RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 25 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE US FEDERAL COURT
DIVISION OF ATLANTA

Plaintiff: Blondine Swain               Case Number:

Versus

Defendant: The University of Phoenix     **1 10-MI-0031**

I, Blondine Swain, plaintiff complain against the defendant as, The University of Phoenix in Phoenix, Arizona wherein by facts and laws that the educational loans were not returned to Federal Educational Providers as requested in a written exit interview whereas I could not continue and would not continue my college courses in Georgia as on line college credits to complete my Bachelor degree following four (4) classes taken at five week intervals from October 2008 to March 2009.

Plaintiff contends that written request to Phoenix University to produce undersigned bona fide signature was not answered; plaintiff suspicious of Federal fraud since receiving request for payment on the said amounts of unsubsidized Federal Stafford loan #0058031600 to paid to Great Lakes Educational Loan Services of $2,083.07 or to make payments to Department of Education, P. O. Box 530229, Atlanta, Georgia 30353-0229 or pay to: mygreatlakes.org.

Moreover, University of Phoenix requested that plaintiff make payments of $50 each month to satisfy $1305; however no description given for plaintiff to determine by facts and laws governing the loans were sold to collection companies without my signature, since I am a silent contractor in this instance.

Plaintiff complain of slander to my credit; Fair Debt Collection violation for whosoever may be liable to reimburse the Federal Educational Provider; defamation of character for failure wherein Phoenix University withheld closures; ledgering account for plaintiff's unnecessary punitive sufferings and unreasonable pay demand of $3,388.07, including filing fee $350, certified mail and pre-paid postage with signature receipt of recipient at University Phoenix.

Plaintiff, contend that as addressing the University of Phoenix using a format entitled, Affidavit of Truth whereas, the second Affidavit of Default was not mailed resulting from research for the proper Court to file complaint is Federal and not County, Superior or Magistrate Court.

_Blondine Swain_
Plaintiff Signature

Blondine Swain
P.O. Box 1041
Stone Mountain, Georgia 30086-1041
(678) 598-3709

# AFFIDAVIT OF TRUTH

## Private Administrative Remedy

The State of Georgia
DeKalb County
Civil Court

I, Blondine Swain, attest that this request made to the University of Phoenix as provided by the law is true without prejudice of the law provided in this instance.

On October 2008, I had enrolled in classes in the state Georgia with Phoenix University on line, ground modality.

However, on March 19, 2009, I made a written exit review with a letter of explanation that I would not continue my educational course curriculum with Phoenix University, Sandy Springs, Georgia Campus, yet requested in writing that the educational grant monies be returned to the proper Educational lenders immediately.

I will allow ten (10) business days, excluding weekends and holidays for Phoenix Legal Executive to respond or rebut by facts and laws.

I have since suffered as:

- Legal injury
- Slander of credit
- Defamation of character
- Ledgering of account will be forthcoming

Blondine Swain, student ID #9025750833

Mailing address: P. O. Box 1041
Stone Mountain, Georgia 30086-1041
Phone Number: 678-598-3709

AFFIDAVIT OF DEFAULT

AFFIDAVIT OF TRUTH AND CONTRACT AGREEMENT

The State of Georgia
DeKalb County
Civil Court

I, Blondine Swain, attest that this request made to the University of Phoenix as provided by facts and laws as the educational loans were not returned to the Federal Educational Providers.

- Produce undersigned bona fide signature

- Delineate the suspicious Federal loan fraud

    1. Subsidized Federal Stafford loan #0058031586
    2. Unsubsidized Federal Stafford loan #0058031600
    3. Payment reference 879178606000001 Great Lakes Educational Loan Services request $2,083.07 – payments to be made to Department of Education, P. O. Box 530229, Atlanta, Georgia 30353-0229 or to mygreatlakes.org

- University of Phoenix, Phoenix, Arizona 8504 – requested payment of $1305 wherein payment made and will be made of $50 each month starting at September 2009 until a sure remedy of resolutions is accomplished

- Slander of credit

- Fair Debt Collection violation – whosoever is liable by facts and by law

- Defamation of character – University of Phoenix withheld closures

- Ledgering of account as and is inclusive for unnecessary punitive sufferings and unreasonable pay demand of $3,388.07, including filing fee $10, certified mail and prepaid postage $15 as the law deem necessary and reasonable in this instance of negligence and default.

Plaintiff/Student #9025750833

Mailing address: Post Office Box 1041
                 Stone Mountain, Georgia 30086-1041
Phone No.:       678-598-3709